UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MARCO A. MARIN,

        Defendant.

Case No. 14-cr-69-pp

───────────────────────────────────────────

**ORDER GRANTING REQUEST TO REFUND $500 CASH BOND**
**(DKT. NO. 31)**

───────────────────────────────────────────

On March 26, 2014, Araceli Santos posted cash bond of $500 to secure the release of the defendant. Dkt. No. 6.

The defendant has completed his sentence, including his term of supervised release. See Dkt. No. 30.

On March 6, 2019, the court received a motion from Araceli Santos, asking for the return of the $500 cash bond. Dkt. No. 31.

The court **GRANTS** the letter motion of Araceli Santos for the return of the bond. Dkt. No. 31. The court **ORDERS** that the clerk's office shall refund to Araceli Santos the sum of $500.

Dated in Milwaukee, Wisconsin this 7th day of March, 2019.

                                  **BY THE COURT:**

                                  _____
                                  **HON. PAMELA PEPPER**
                                  **United States District Judge**